UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                     : Case No.:        __13-29261__
Marylin Kirkpatrick                              :
                                                               : Adv. No.:        _____
                                                               :
                                                               : Judge:            _____VFP_____
            Debtor (s),                              :
_____ :  Chapter:         _____13_____


## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____VFP_____, United States Bankruptcy Judge.

**Reason for Hearing:**    Objection to Debtor(s) Attorney's Application
for Compensation.
Filed by Chapter 13 Trustee

**Location of Hearing:**   Courtroom No. _3B_
Martin Luther King, Jr. Federal Building
50 Walnut Street, 3rd Floor
Newark, NJ 07102

**Date and Time:**   September 15, 2016 at 11:00 AM,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   _✔_ ARE REQUIRED    ____ ARE NOT REQUIRED


DATED:    8/19/2016                                JAMES J. WALDRON, Clerk


## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on August 19, _____, 20 16 the foregoing notice was served on the following: Debtors'. Debtor's Attorney, Chapter 13 Trustee, and US Trustee Office.


JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-29261-VFP
Marylin Kirkpatrick                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1           Date Rcvd: Aug 19, 2016
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2016.
db             +Marylin Kirkpatrick,    870 Apgar Terrace,    Rahway, NJ 07065-2101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2016 at the address(es) listed below:
          Brian E Caine    on behalf of Creditor    HUDSON CITY SAVINGS BANK, a federally chartered savings
           bank organized and existing under the laws of the State of Delaware bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Brian E Caine    on behalf of Creditor    M&T Bank, et al bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Brian E Caine    on behalf of Creditor    HUDSON CITY SAVINGS BANK bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joel A. Ackerman    on behalf of Creditor    HUDSON CITY SAVINGS BANK, a federally chartered
           savings bank organized and existing under the laws of the State of Delaware
           bankruptcynotice@zuckergoldberg.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michael S. Ackerman    on behalf of Creditor    HUDSON CITY SAVINGS BANK, a federally chartered
           savings bank organized and existing under the laws of the State of Delaware
           bankruptcynotice@zuckergoldberg.com
          Scott R. Miller    on behalf of Debtor Marylin  Kirkpatrick srmbk@optonline.net
                                                                                             TOTAL: 8