UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Scott R. Miller, Esq. – SRM-3701
203 Easton Avenue
New Brunswick, NJ 08901
732-249-0404 Phone
732-249-9494 Fax
Attorney for Debtor(s)

In Re:

Marylin Kirkpatrick

Case No.: 13-29261

Chapter: 13

Judge: VFP

Order Filed on August 26, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 26, 2016**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Scott R. Miller, Esq._____, the applicant, is allowed a fee of $ ____1,000.00____ for services rendered and expenses in the amount of $ ____0.00____ for a total of $_____1,000.00_____. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____587_____ per month for ____24____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*